```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------

UNITED STATES OF AMERICA,

    - against -

CALVIN BURNETT,

           Defendant.

19cr003 (JGK)

ORDER

-----------------------------------------------

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for a status conference on **July 3, 2019 at 9:30 a.m.**

Because a continuance is needed to assure the effective assistance of counsel, the Court prospectively excludes the time from today, July 1, 2019, until July 3, 2019, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:    New York, New York
             July 1, 2019

                                          _____
                                          John G. Koeltl
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#  _____
DATE FILED: __7-2-19__