UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER TO AMEND AND MODIFY** |
| - against - | : | **CONDITIONS OF RELEASE ON BAIL** |
| CALVIN BURNETT, | : | Docket No. 19 Cr. 003 (JGK) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the application of Anthony L. Ricco, attorney for Calvin Burnett for an order to amend and modify the conditions of release to bail pursuant to the court's authority under 18 U.S.C. §3142(c)(3),

**IT IS HEREBY ORDERED,** that the prior order of the conditions of release dated August 1, 2019 (as amended on October 19, 2019) is further amended and modified as follows: (1) On Saturday, November 23, 2019, Calvin Burnett may travel to New York City, New York to attend the wake, funeral, burial and repast services for his sister Shirley Batten at the following locations: (i) Trumbo's Funeral Chapel, 100 St. Nicholas Avenue, New York, New York; (ii) the Fordham Gospel Mission, Church of Deliverance located 132 Alexander Avenue, Bronx, New York; and (iii) St. Raymonds Cemetery, 2751 Randall Avenue, Bronx, New York from 9:00 am to 6:00 pm; and (2) that all of the other conditions of release on bail set by this court on August 1, 2019 (as amended on October 19, 2019) to remain the same and in full force and effect.

Dated: New York, New York
November 20, 2019

SO ORDERED:

_____
Hon. John G. Koeltl
United States District Court Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __11-21-19__