# ANTHONY L. RICCO

ATTORNEY AT LAW

20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007

TEL (212) 791-3919
FAX (212) 791-3940
tonyricco@aol.com

Steven Z. Legon
*Of Counsel*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2·14·20

February 14, 2020

**By E.C.F.**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:** *United States v. Calvin Burnett*, Docket No. 19 Cr. 003 (JGK)

Dear Judge Koeltl:

The purpose of this letter is to request a temporary modification of the conditions of pretrial release, to permit the defendant, Calvin Burnett, to be able to travel with his common law wife, Ms. Lillian Truman, to attend the funeral of Ms. Truman's brother in Syracuse, New York, on Monday, February 17, 2020. If such permission is granted, Calvin Burnett would travel by car from Albany, New York to Syracuse, New York on Monday, February 17, 2020, and return home the following day. While in Syracuse, Calvin Burnett would stay overnight at the Jefferson Clinton Hotel, which is located at 416 South Clinton Street, Syracuse, New York, and he would be reachable by cell phone at a number known to defense counsel and U.S. Pretrial Services.

Additionally, for the court's information, Calvin Burnett was just recently released from a hospital last week after suffering a stroke. Defense counsel and the government are working towards obtaining all of his hospital/medical records so that we can move forward towards sentencing.

Respectfully submitted,

*Anthony L. Ricco*
Anthony L. Ricco

Granted.
[signature]
2/14/20
Part I

ALR/jh

cc: A.U.S.A. Michael Krouse (By E.C.F.)