# ANTHONY L. RICCO
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL (212) 791-3919  FAX (212) 964-2926
tonyricco@aol.com



February 14, 2020

**By E.C.F.**
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: *United States v. Calvin Burnett*, Docket No. 19 Cr. 003 (JGK)

Dear Judge Koeltl:

The purpose of this letter is to request an amended Order granting a temporary modification of the conditions of pretrial release, to permit the defendant, Calvin Burnett, to be able to travel with his common law wife, Ms. Lillian Truman, to attend the funeral of Ms. Truman's brother in Syracuse, New York, on Monday, February 17, 2020; however, instead of traveling from Albany, New York to Syracuse, New York on Monday, February 17, 2020, and returning home on Tuesday, February 18, 2020, for which such permission was previously requested and granted by the court, Calvin Burnett now seeks permission to modify his travel plans to travel from Albany, New York to Syracuse, New York, one day earlier, on Sunday, February 16, 2020, and returning home on the evening of Monday, February 17, 2020. This change in plans is necessitated by a doctor's appointment that Ms. Lillian Truman has scheduled for the morning of Tuesday, February 18, 2020, which counsel was just made aware of.

Thank you for your Honor's attention to this matter, and counsel apologizes for any inconvenience that this has caused.

Respectfully submitted,

*Anthony L. Ricco*

Anthony L. Ricco

Granted.
/s/ *[signature]*
2/14/20

ALR/jh

cc: A.U.S.A. Michael Krouse (By E.C.F.)