```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

    - against -　　　　　　　　　　　　19cr3 (JGK)

**CALVIN BURNETT,**　　　　　　　　　　　　<u>ORDER</u>

        Defendant.

**JOHN G. KOELTL, District Judge:**

The parties should report on the status of this case by April 17, 2020.

**SO ORDERED.**

**Dated:**   New York, New York
        April 1, 2020　　　　　　/s/ John G. Koeltl
　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　**United States District Judge**