```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
**UNITED STATES OF AMERICA**

      - against -                    19-cr-3 (JGK)

**CALVIN BURNETT,**                    <u>ORDER</u>

            Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The parties should provide a status report by August 7, 2020.

**SO ORDERED.**

**Dated:**    New York, New York
            July 10, 2020          /s/ John G. Koeltl
                                      John G. Koeltl
                            United States District Judge