UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

CALVIN BURNETT,
                            Defendant.
-------------------------------------------------------------X

19 cr 3 (JGK)

**ORDER**

      The sentencing date is set for October 30, 2020, at 12:00pm,

      The curfew is removed from the conditions of release. All other conditions of release set by this Court on August 1, 2020 (as amended) are to remain the same and in full force and effect.

**SO ORDERED.**

                                              /s/John G. Koeltl
                                          **JOHN G. KOELTL**
                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         August 10, 2020